477 S.E.2d 33 (1996)
CHRIST LUTHERAN CHURCH, By and Through its Trustees, Dale MATHEWS, O.W. Jarrett, and Gary Carpenter,
v.
STATE FARM FIRE AND CASUALTY COMPANY.
No. 297A96.
Supreme Court of North Carolina.
November 8, 1996.
Bryce Thomas & Associates, by Bryce O. Thomas, Jr., and Peter R. Gruning, Hickory, for plaintiff-appellant.
Patrick, Harper & Dixon, by Stephen M. Thomas and Kimberly A. Huffman, Hickory, for defendant-appellee.
PER CURIAM.
AFFIRMED.